**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Case No. 16 B 33582 |
| Vanessa Felts | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/21/2016.

2) The plan was confirmed on 03/20/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/30/2017.

5) The case was Dismissed on 11/19/2018.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $32,108.35 |
| Less amount refunded to debtor | $1,836.60 |

**NET RECEIPTS:**                     **$30,271.75**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,327.52 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**        **$1,327.52**

Attorney fees paid and disclosed by debtor:       $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advanced Reproductive Health | Unsecured | 214.86 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 654.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 32.50 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hospital | Unsecured | 312.53 | NA | NA | 0.00 | 0.00 |
| American Financial Credit Services | Unsecured | 592.00 | NA | NA | 0.00 | 0.00 |
| AMG | Unsecured | 32.50 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 505.00 | 504.32 | 504.32 | 0.00 | 0.00 |
| Center For Dental Implants | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CMRE Financial Services, Inc. | Unsecured | 9.89 | NA | NA | 0.00 | 0.00 |
| Continental Finance Co., Inc. | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 9,301.82 | 34,813.80 | 34,813.80 | 6,916.83 | 0.00 |
| Cook County Treasurer | Unsecured | 0.00 | 25,511.98 | 25,511.98 | 0.00 | 0.00 |
| Dermatology Associates | Unsecured | 469.00 | NA | NA | 0.00 | 0.00 |
| DuPage Medical Group | Unsecured | 219.80 | NA | NA | 0.00 | 0.00 |
| Good Samaritan Advocate Health | Unsecured | 7,465.00 | NA | NA | 0.00 | 0.00 |
| Healthcare Associates Credit Union | Unsecured | 400.00 | 630.00 | 630.00 | 0.00 | 0.00 |
| Humana | Unsecured | 94.31 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Employment S | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Revenue | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 5,965.60 | 243,244.00 | 243,244.00 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 724.04 | 724.04 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 1,773.00 | 4,112.40 | 4,112.40 | 4,112.40 | 0.00 |
| IVF Associates | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 968.00 | 968.03 | 968.03 | 0.00 | 0.00 |
| Kaplan University | Unsecured | 3,450.00 | NA | NA | 0.00 | 0.00 |
| Michael Ryan | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| Midwest Diagnostic Pathology, SC | Unsecured | 16.80 | NA | NA | 0.00 | 0.00 |
| NPRTO Illinois LLC | Unsecured | 480.00 | 642.75 | 642.75 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| OptumRx | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ParkIndy, LLC | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 538.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 300.00 | 526.59 | 526.59 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 451.00 | 441.32 | 441.32 | 0.00 | 0.00 |
| Radiology Imaging Consultants, SC | Unsecured | 89.01 | NA | NA | 0.00 | 0.00 |
| Renuka H. Bhatt | Unsecured | 19.22 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 236.00 | 247.77 | 247.77 | 0.00 | 0.00 |
| Robin Snead, Ltd. | Unsecured | 286.11 | NA | NA | 0.00 | 0.00 |
| Southland Orthopaedics, Ltd. | Unsecured | 78.25 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| Tidewater Credit Services | Secured | 23,299.39 | 24,128.34 | 24,128.34 | 12,285.92 | 1,326.17 |
| Tierra Grande Courts Condominium Assoc | Secured | 9,364.94 | 9,919.94 | 9,919.94 | 4,302.91 | 0.00 |
| United States Dept Of Education | Unsecured | 63,962.00 | 69,116.65 | 69,116.65 | 0.00 | 0.00 |
| Webbank-Fingerhut | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| Will County State's Attorney | Unsecured | 519.26 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $24,128.34 | $12,285.92 | $1,326.17 |
| All Other Secured | $44,733.74 | $11,219.74 | $0.00 |
| **TOTAL SECURED:** | **$68,862.08** | **$23,505.66** | **$1,326.17** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,112.40 | $4,112.40 | $0.00 |
| **TOTAL PRIORITY:** | **$4,112.40** | **$4,112.40** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$342,557.45** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $1,327.52 |
| Disbursements to Creditors | $28,944.23 |
| | |
| **TOTAL DISBURSEMENTS** : | **$30,271.75** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/16/2019                              By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**